**ORDERED ACCORDINGLY.**

# TIFFANY & BOSCO
### P.A.

**Dated: April 29, 2010**

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-05374

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Steven Cross Anderson and Susan C. Hackbarth<br>        Debtors.<br><br>_____<br><br>Wells Fargo Bank, N.A.<br>        Movant,<br>      vs.<br><br>Steven Cross Anderson and Susan C. Hackbarth<br>Debtors; Anthony H. Mason, Trustee.<br><br>        Respondents. | No. 2:10-bk-02596-GBN<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #13)<br><br>Hearing Date: April 26, 2010 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real

property which is subject of a Deed of Trust dated June 6, 2007, and recorded in the office of the Navajo

County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Steven Cross Anderson

and Susan C. Hackbarth have an interest in, further described as:

Parcel 1:

That part of Tract A, Pinetop Lakes Unit 2, according to Book 11 of plats, page 17, records of Navajo County, Arizona, described as follows:

COMMENCING at the West quarter corner of Section 1, Township 8 North, Range 23 East of the Gila and Salt River Base and Meridian, Navajo County, Arizona;
THENCE North 89°49'41" East, along the mid-section line, a distance of 665.78 feet to the Northwest corner of said Tract A;
THENCE South 09°37'30" West, along the East right of way line of Mark Twain Drive, a distance of 194.00 feet to the POINT OF BEGINNING'
THENCE South 74°00'00" East, a distance of 128.39 feet;
THENCE South 35°00'00" East, a distance of 69.70 feet;
THENCE South 63°00'00" West, a distance of 220.00 feet to a point on the East right of way line of Mark Twain Drive;
THENCE North 9°37'30" East, a distance of 195.00 feet along said East right of way line to the POINT OF BEGINNING;
EXCEPT all coal as reserved in Patent from United States of America.

Parcel 2:

A permanent non-exclusive Well Access Easement, described as follows:
BEGINNING at the 5/8" rebar that marks the Northwest corner of said Tract A, also known as the TRUE POINT OF BEGINNING of this Well Access easement;
THENCE South 09°37'30" West, a distance of 20.30 feet along the Westerly boundary of Tract A;
THENCE North 89°49'41" East, a distance of 164.96 feet;
THENCE South 0°10'19" East, a distance of 18.02 feet (Northwest corner of well easement);
THENCE North 89°49'41" East, a distance of 20.00 feet along the Northern side of the Well Easement;
THENCE North 01°10'19" West, a distance of 38.02 feet to the Northern boundary of said boundary of said Tract A;
THENCE South 89°49'41" West, a distance of 181.51 feet to the 5/8" rebar and the POINT OF BEGINNING.


IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.


_____

UNITED STATES BANKRUPTCY JUDGE